[L. A. No. 18086. In Bank. Feb. 25, 1943.]

THE SALVATION ARMY (a Corporation) et al., Plaintiffs and Respondents, v. SECURITY-FIRST NATIONAL BANK OF LOS ANGELES (a National Banking Association) et al., Defendants and Respondents; ERNEST P. WELLMAN, Appellant.

Winterer & Ritchie and L. B. Ritchie for Appellant.

Dee Holder, Newby & Newby, Howard Hemenway and W. Cloyd Snyder for Plaintiffs and Respondents.

Ralph G. Miller, Robert M. Kaufman and J. B. Mandel for Defendants and Respondents.

THE COURT.—All questions involved in this appeal having been decided adversely to appellant Wellman in *Larrabee* v. *Tracy, ante,* p. 645 [134 P.2d 265], the judgment is affirmed.